UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

M.S. and L.S., individually and collectively and
on behalf of D.S.,

                       Plaintiffs,  **REVISED SCHEDULING ORDER**

                -against-               09 Civ. 4454 (LAK)(JCF)

New York City Department of Education,

                      Defendants.

------------------------------------- x

        JAMES C. FRANCIS, Magistrate Judge:

The following revised schedule is hereby adopted:

        1) The parties will each serve a motion for summary judgment no later than September 23, 2009.

        2) The parties will each serve opposition papers no later than October 14, 2009.

        3) The parties will each serve their reply papers, if any, no later than October 26, 2009.

**SO ORDERED.**

Dated:      New York, New York
             Aug. 25, 2009

                                        JAMES C. FRANCIS
                                        United States Magistrate Judge

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/25/09