USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ________
DATE FILED: 5/14/10

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

--------------------------------------- x

M.S. AND L.S. ON BEHALF OF D.S.,

Plaintiffs,

-against-

09 CIV 4454 (LAK) (JCF)

NEW YORK CITY DEPARTMENT OF EDUCATION,

Defendant.

--------------------------------------- x

# ORDER

LEWIS A. KAPLAN, *District Judge.*

Plaintiffs bring this action under the Individuals with Disabilities Education Improvement Act, 20 U.S.C. § 1400 *et seq.*, and applicable New York law seeking review of a decision by a State Review Officer denying the plaintiffs tuition reimbursement for the private school to which they sent their son, D.S., during the 2007-2008 school year. The parties have cross-moved for summary judgment. Magistrate Judge Francis, in an extensive Report and Recommendation, recommends that I deny the plaintiffs' motion and grant the defendant's motion. The plaintiffs object to this recommendation.

I have considered the plaintiffs' objections and concluded that there is no error of law or fact contained in the Report and Recommendation. I differ from the magistrate judge only as to the suggestion that he might have decided the matter differently but for feeling constrained by the degree of deference owed to administrative decisions in this context under established Second Circuit precedent. It is entirely unnecessary for me to express any view on that question.

While I am sympathetic to the laudable concern of the parents for their child and understand that this action has been brought out of that concern, the defendant's motion for summary judgment dismissing the action is granted and the plaintiffs' motion for summary judgment is denied. The Clerk shall close the case.

SO ORDERED.

Dated: May 14, 2010

Lewis A. Kaplan
United States District Judge